THE PEELLE COMPANY, Respondent, v. JOSEPH RASKIN and Another, Appel-

lants.— Motion to dismiss appeal denied upon payment of ten dollars costs by appellants within five days, on condition that appellants perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.